AMERICAN SURETY COMPANY OF NEW YORK, Respondent, *v.* FANNIE DIAMOND et al., as Executors of ADOLPH DIAMOND, Deceased, et al., Appellants.

Submitted October 3, 1955; decided October 6, 1955.

*Herman E. Hoberman* for Fannie Diamond and another for motion.

*Bernard Meyerson* for David Diamond for motion.

*Joseph Kane* for Alfred E. Covelli for motion.

*Frederick M. Garfield, Harold M. Harkavy* and *I. Sidney Worthman* opposed.

Motion by appellants David Diamond, Fannie Diamond and Morris A. Weiss for leave to appeal granted.

Motion by appellant Alfred E. Covelli for leave to appeal denied upon the ground that it was not made within the statutory time.